AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| MICHELE RICOMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **JUDGMENT** |
| THE STANDARD FIRE INSURANCE COMPANY, | ) **CASE NO. 5:12-CV-18-D** |
| *One of the Travelers Property Casualty Companies*, | ) |
| | ) |
| Defendant. | ) |

**Decision by the Court:**

      IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendant The Standard Fire Insurance Company's Motion for Summary Judgment [D.E. 23], and Plaintiff's claims are DISMISSED with prejudice. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **JULY 1, 2013** WITH A COPY TO:

Michele Ricoma, Pro se (via USPS to P.O. Box 9464, Fayetteville, NC 28311)
Patrick M. Kane (via CM/ECF electronic notification)


July 1, 2013                                        JULIE A. RICHARDS, Clerk
Date                                                 Eastern District of North Carolina

                                                                      /s/ Debby Sawyer
                                                                      (By) Deputy Clerk

Raleigh, North Carolina